UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Stephen Gannon,

      Plaintiffs,                                22-cv-1659 (CM)

  -against-

Chun Chu Realty Inc., et al.,

      Defendants.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2025

## ORDER OF DISMISSAL

McMahon, J.:

    Nothing has happened in this case since July 2023. On November 21, 2024, the Court asked for an update on pain of your dismissal for failure to prosecute. There has been no response. Accordingly, this case is dismissed without prejudice for failure to prosecute. Clerk to close the file.

Dated: April 2, 2025

                                                                    United States District Judge

BY ECF TO ALL COUNSEL